23 So.2d 553

### Sil JONES v. STATE.

### 8 Div. 852.

Supreme Court of Alabama.

Oct. 18, 1945.

A. L. Crumpton, of Ashland, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Frank N. Savage, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Sil Jones, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Jones v. State, 23 So.2d 553.

Writ denied.

GARDNER, C. J., and FOSTER and SIMPSON, JJ., concur.